# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

GUZMAN GONZALEZ,
a/k/a RICARDO MARTINEZ,

    Petitioner,

v.                                        CASE NO.  4:05cv88-RH/WCS

IMMIGRATION AND CUSTOMS
ENFORCEMENT DISTRICT, et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 4), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the

opinion of the court. The clerk shall enter judgment stating, "The petition is dismissed as moot." The clerk shall close the file.

SO ORDERED this 9th day of May, 2005.

                                                s/Robert L. Hinkle
                                              Chief United States District Judge